# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  SCHEDULE OF HOLIDAYS      :  No. 526  Judicial Administration Docket
        FOR YEAR 2021 FOR STAFFS  :
        OF THE APPELLATE COURTS    :
        AND THE ADMINISTRATIVE     :
        OFFICE OF PENNSYLVANIA      :
        COURTS                      :

## ORDER

**PER CURIAM**:

   **AND NOW**, this 11th day of December, 2019, it is hereby ordered that the following paid holidays for calendar year 2021 will be observed on the dates specified below by all employees of the appellate courts and the Administrative Office of Pennsylvania Courts:

| January | 01, 2021 | New Year's Day |
| January | 18, 2021 | Martin Luther King, Jr. Day |
| February | 15, 2021 | Presidents' Day |
| April | 02, 2021 | Good Friday |
| May | 31, 2021 | Memorial Day |
| July | 05, 2021 | Independence Day Observed |
| September | 06, 2021 | Labor Day |
| October | 11, 2021 | Columbus Day |
| November | 02, 2021 | Election Day** |
| November | 11, 2021 | Veterans' Day |
| November | 25, 2021 | Thanksgiving Day |
| November | 26, 2021 | Day after Thanksgiving |
| December | 24, 2021 | Christmas Day Observed |
| December | 31, 2021 | New Year's Day Observed |

**AOPC only; Appellate courts will be open.